FILED
December 09, 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SAJ_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CAUSE NO.: **DR-20-CR-01827-AM** |
| | § | **I N D I C T M E N T** |
| v. | § § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. §§ |
| | § | 1324(a)(1)(A)(v)(I) & (B)(i) Conspiracy |
| BRANDON MAZARIEGOS | § | to Transport Illegal Aliens.] |
| | § § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. §§ 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about November 14, 2020, in the Western District of Texas, Defendant,

BRANDON MAZARIEGOS,

did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and (B)(i).

A TRUE BILL

ORIGINAL SIGNATURE REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

FOREPERSON

GREGG N. SOFER
United States Attorney

By: _____
JESSE M. ESHKOL
Assistant United States Attorney

SEALED:
UNSEALED: XX

# PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>DIMMIT</u>              USAO #: <u>2020R08925</u>

DATE: <u>DECEMBER 9, 2020</u>      MAG. CT. #: <u>DR20-01958M</u>

AUSA: <u>JESSE M. ESHKOL</u>

DEFENDANT: <u>BRANDON MAZARIEGOS</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED: <u>NO</u>

DEFENSE ATTORNEY: <u>JAIME J. ZAMPIEROLLO-VILA</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., SUITE A-2, DEL RIO, TX 78840</u>

DEFENDANT IS: <u>DETAINED</u>        DATE OF ARREST: <u>NOVEMBER 14, 2020</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I) & (B)(i) - Conspiracy to Transport Illegal Aliens.</u>

OFFENSE IS: <u>FELONY</u>

MAXIMUM SENTENCE: <u>10 years' imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 mandatory special assessment; $5,000 special assessment non-indigent for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>See above</u>

W/DT-CR-3