CJA 7 (Rev. 9/05)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

| | |
|---|---|
| United States of America | **DOCKET NO.:** DR:20-CR-01827(1)-AM |
| vs. | **ORDER TERMINATING APPOINTMENT OF COUNSEL** and/or **AUTHORIZATION FOR DISTRIBUTION OF AVAILABLE PRIVATE FUNDS** |
| (1) Brandon Mazariegos *Defendant* | |

Check one or both: [ ] / [X]

WHEREAS, **Jaime J. Zampierollo-Vila** was appointed as counsel for the above named defendant/petitioner, on **November 17, 2020**; and,

WHEREAS, the court finds that funds are available from or on behalf of the above named defendant/petitioner for payment of compensation and expenses of court-appointed counsel and/or for other services necessary for adequate representation, and that the above defendant/petitioner is therefore financially able to obtain counsel or to make partial payment for representation, and/or for other services necessary for adequate representation.

IT IS THEREFORE:

Check one or both:

[ ] **ORDERED** that the appointment of said counsel is hereby terminated.

[X] **AUTHORIZED/DIRECTED** that such funds in the amount of $ **539.60** be paid by said defendant/petitioner or by **Alex J. Scharff [RET]** as follows:

*(enter specific terms of payment, i.e., date due if lump-sum payment; schedule and amounts of each payment if installment payment.)*

Payable within 30 days of this Order.

Dated this **23rd day of December, 2020.**

_____
VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE

**DISTRIBUTION:**   COURT'S FILE     COURT APPOINTED COUNSEL     PERSON REPRESENTED     CLERK'S FILE